IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GBFOREFRONT, L.P., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 11-7732 |
| | : | |
| FOREFRONT MANAGEMENT GROUP LLC, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 12th day of September, 2012, upon consideration of Defendant's "Motion to Dismiss Or Transfer Venue" (Doc. No. 10), the response and reply thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part as follows:

- Defendant's motion to dismiss for lack of personal jurisdiction and forum non conveniens is **DENIED** as moot;

- Defendant's motion to transfer venue is **DENIED**;

- Count II is **DISMISSED** without prejudice;

- Count III is **DISMISSED** with prejudice.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**