**EXHIBIT "A"**
**(Form of Consent Judgment Against FF Capital Markets)**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GBFOREFRONT, L.P., | Civil Action No: 11-7732-MSG |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| FOREFRONT MANAGEMENT GROUP, LLC, FOREFRONT CAPITAL MANAGEMENT, LLC, FOREFRONT CAPITAL MARKETS, LLC and FOREFRONT ADVISORY, LLC, | |
| Defendants. | |

BEFORE GOLDBERG, J.

AND NOW, to wit, this _____ day of _____, 201____, in accordance with the consent of the parties, as set forth below,

It is ORDERED that judgment is entered in favor of plaintiff GBFOREFRONT, L.P. and against defendant FOREFRONT CAPITAL MARKETS, LLC, jointly and severally with FOREFRONT MANAGEMENT GROUP, LLC, and FOREFRONT CAPITAL MANAGEMENT, LLC, and FOREFRONT ADVISORY, LLC, in the amount of $6,800,000.00, together with interest thereon at the judgment rate.

BY THE COURT:

ATTEST:

_____

1

**CONSENT OF PARTIES:**

We hereby consent to the form and entry of the aforesaid Consent Judgment, in accordance with the terms of a Settlement Agreement entered into between the parties effective May 22, 2015, and with the due authorization of our respective clients:

IN WITNESS WHEREOF, and intending to be legally bound, the parties to this Consent Judgment have executed it under seal as of the 22nd day of May, 2015.

| | |
|---|---|
| PLAINTIFF—GBFOREFRONT, LP | DEFENDANTS—FOREFRONT CAPITAL MARKETS, LLC, FOREFRONT MANAGEMENT GROUP, LLC, FOREFRONT CAPITAL MANAGEMENT, LLC, and FOREFRONT ADVISORY, LLC |
| BY: _____(SEAL) | BY: _____(SEAL) |
| Gary P. Lightman, Esquire | Gregory L. Smith, Esquire |
| LIGHTMAN & MANOCHI | LAW OFFICES OF GREGORY L. SMITH |
| 1520 Locust Street, 12th Floor | 195 Plymouth Street, Floor 2 |
| Philadelphia, PA 19102-4401 | Brooklyn, NY 11201 |
| Tel. No. (215) 545-3000 | Tel. No. (718) 210-3641 |
| Email: garylightman@lightmanlaw.com | Email: gls@logls.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

APPROVED AND CONSENTED TO:

BY: _____(SEAL)
Bradley C. Reifler,
as the authorized representative of Forefront Capital Markets, LLC

MALGORZATA T LESZCZYNSKA
Notary Public - State of New York
NO. 01LE6254612
Qualified in Kings County
My Commission Expires 01/15/16

2