# EXHIBIT "B"

From: **GARY LIGHTMAN** ltag8r@aol.com
Subject: wiring instructions for next Forefront settlement payme
Date: November 4, 2015 at 4:30 PM
To: Gregory L. Smith gls@logls.com
Cc: Kim DiTomaso kditomaso@lightmanlaw.com, Lyle Stamps lstamps@lightmanlaw.com, L&M Office garylightman@lightmanlaw.com



Greg,

We hope that this email finds you well.

The next Settlement payment, in the amount of $150,000.00, is due to be made from your clients to GBForefront, LP on or before November 30, 2015.

Please use the attached (corrected) wiring instructions for the upcoming settlement payments, and all future payments, until further notice.

thx gpl

attachment

cc: GBFF


GB FOREFRONT, LP
Wiring Instructions

Bank Name: TD Bank

Bank Address: 805 Franklin Lakes Road
Franklin Lakes, NJ 07417

Routing # - 031201360

Account Name: GB Forefront, LP

Account #- ~~[redacted]~~ [redacted]

--
Gary P. Lightman, Esquire
e-mail: garylightman@lightmanlaw.com
or ltag8r@aol.com
cell 215-760-3000

LIGHTMAN & MANOCHI
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
Phone: (215) 545-3000 (ext. 114); fax (215) 545-3001

    OR

8 Ranoldo Terrace
Cherry Hill, NJ 08034
Phone: (856) 795-9669 (ext. 114); fax (856) 795-9339

*********************************************************************

ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee. If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient

employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship.  In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
****************************************************************

From: **GARY LIGHTMAN** ltag8r@aol.com
Subject: Forefront
Date: November 30, 2015 at 7:05 AM
To: Gregory L. Smith gls@logls.com



Greg,

Today is the deadline for the next $150,000 settlement payment from Forefront/Reifler

thx gpl

--
Gary P. Lightman, Esquire
e-mail: garylightman@lightmanlaw.com
or ltag8r@aol.com
cell 215-760-3000

LIGHTMAN & MANOCHI
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
Phone: (215) 545-3000 (ext. 114); fax (215) 545-3001

      OR

8 Ranoldo Terrace
Cherry Hill, NJ 08034
Phone: (856) 795-9669 (ext. 114); fax (856) 795-9339

*******************************************************************
ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee. If you are not the intended recipient or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this document or the information contained therein is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (215) 545-3000 (or in NJ: 856-795-9669) and delete this e-mail from your computer.

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with Lightman & Manochi or any of its attorneys. The sending of e-mail to Lightman & Manochi or one of its attorneys does not create an attorney-client relationship. In the event and to the extent that an addressee named herein is not an existing client of Lightman & Manochi, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.
******************************************************************