# EXHIBIT "C"

From: **Gary P. Lightman** garylightman@lightmanlaw.com
Subject: GB Forefront, LP v. Forefront Management Group, LLC et als, USDC, ED PA, Docket No. 11-cv-07732
Date: December 4, 2015 at 5:35 PM
To: breifler@forefrontgroup.com
Cc: Gregory L. Smith gls@logis.com, gmfellner@pbnlaw.com, dwasitowski@forefrontgroup.com, GARY LIGHTMAN Ltag8r@aol.com

**NOTICE OF DEFAULT**

Please note that the Forefront Judgment Parties, as defined in that certain Forbearance and Settlement Agreement dated as of May 22, 2015 (the "FS

Pursuant to the terms of the FSA, upon such event of default, then, *inter alia*, our client, GB Forefront, L.P., is entitled to pursue any and all rights, rem

Please be guided accordingly.

Very truly yours,
GARY LIGHTMAN

cc: Bradley Reifler
    Forefront Capital Markets, LLC
    Gregory L. Smith, Esquire
    Gary Fellner, Esquire
    Davis Wasitowski
     (each via Federal Express)

--
Gary P. Lightman, Esquire
e-mail: garylightman@lightmanlaw.com
and ltag8r@aol.com
Cell: (215) 760-3000

LIGHTMAN & MANOCHI
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
Phone:  (215) 545-3000 (ext. 114); fax (215) 545-3001

         OR

8 Ranoldo Terrace
Cherry Hill, NJ 08034
Phone: (856) 795-9669 (ext. 114); fax (856) 795-9339

************************************************************************
ATTENTION: This e-mail and any attachments to it may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended

DISCLAIMER - The transmission or receipt of this e-mail and any attachments, in and of itself, does not, and is
************************************************************************