UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GBFOREFRONT, L.P.** : | |
| : | CIVIL ACTION |
| Plaintiff and Counterclaim Defendant, : | |
| v. : | NO. 2:11-cv-07732-MSG |
| : | |
| **FOREFRONT MANAGEMENT** : | |
| **GROUP, LLC** : | |
| : | |
| Defendant and Counterclaim Plaintiff : | |
| : | |
| and, : | |
| : | |
| **FOREFRONT CAPITAL MANAGEMENT,** : | |
| **LLC, FOREFRONT CAPITAL MARKETS,** : | |
| **LLC and FOREFRONT ADVISOR, LLC** : | |
| : | |
| **Additional Defendants,** : | |

## CERTIFICATE OF SERVICE

The under hereby certifies that on the date shown below, he caused to be served a true and correct copy of the forgoing Motion to Enter Consent Judgment Against Forefront Capital Markets LLC via U.S. first class mail, and/or email, upon counsel for defendants shown on the attached Service List.

LIGHTMAN & MANOCHI

BY: /s/ Gary P. Lightman
GARY P. LIGHTMAN, ESQUIRE
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
Telephone: 215-545-3000; Telecopy: 3001
garylightman@lightmanlaw.com

DATED: December 18, 2015        Attorneys for plaintiff GBForefront, L.P.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GBFOREFRONT, L.P. | CIVIL ACTION |
| Plaintiff and Counterclaim Defendant, | |
| v. | NO. 2:11-cv-07732-MSG |
| FOREFRONT MANAGEMENT GROUP, LLC, and FOREFRONT CAPITAL MANAGEMENT, LLC, FOREFRONT CAPITAL MARKETS, LLC and FOREFRONT ADVISOR, LLC | |
| Defendants, | |

## SERVICE LIST

Gregory L. Smith, Esquire
The Law Offices of Gregory L. Smith
147 Prince Street, Floor 2
Brooklyn, NY 11201
Email: gls@logls.com


Walter Weir, Jr., Esquire
Weir & Partners, LLP
The Widener Building, Suite 500
Philadelphia, PA 19107
gls@logls.com
jbrown@logls.com