**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GBFOREFRONT, L.P.** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 11-7732 |
| | : | |
| **FOREFRONT MANAGEMENT GROUP, LLC,** | : | |
| et al. | : | |
| Defendants. | : | |

# ORDER

**AND NOW,** this 22nd day of December, 2015, upon consideration of correspondence from counsel requesting an extension, it is hereby **ORDERED** that Defendants' request is **GRANTED**. Defendants shall a response to Plaintiff's "Motion to Enter Consent Judgment against Defendant Forefront Capital Markets, LLC" no later than January 22, 2016.

By the Court:

/s/ Mitchell S. Goldberg, J.

_____
Mitchell S. Goldberg, J.