UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GBFOREFRONT, L.P. : | |
| : | CIVIL ACTION |
| Plaintiff and Counterclaim Defendant, : | |
| v. : | NO. 2:11-cv-07732-MSG |
| : | |
| FOREFRONT MANAGEMENT : | |
| GROUP, LLC : | |
| : | |
| Defendant and Counterclaim Plaintiff : | |
| : | |
| and, : | |
| : | |
| FOREFRONT CAPITAL MANAGEMENT, : | |
| LLC, FOREFRONT CAPITAL MARKETS, : | |
| LLC and FOREFRONT ADVISOR, LLC : | |
| : | |
| Additional Defendants, : | |

### ORDER RESOLVING OUTSTANDING MOTIONS

AND NOW, to wit, this ____ day of _____, 2016, upon consideration of plaintiff GBFF's Motion Enter Consent Judgment Against Forefront Capital Markets, LLC (docket no. 169), and plaintiff GBFF's Motion to Quash TD Bank Subpoena (docket no.173), and upon further consideration of defendants' Cross-Motion to Vacate Judgments (docket no. 176), and upon further consideration of any response in opposition to said motions, and this Court finding that diversity jurisdiction exists in this case, and the Court further finding that irrespective of defendants' jurisdictional; claims, the Court has the power to enforce the Settlement Agreement dated May 22, 2015, made between the parties in this case, and the Court further finding that defendants should be judicially

stopped from contesting the admissions they made in their pleadings that diversity jurisdiction exists, and for good cause shown; it is hereby

ORDERED as follows:

1. Plaintiff's Motions be and hereby are GRANTED, and defendants' Cross-Motion is DENIED.

2. The Consent Judgment submitted with GBFF's Motion to Enter Consent Judgment against Forefront Capital (docket no. 169) shall be entered as a Judgment in favor of GBFF and against Forefront Capital, and the Clerk of the Court is directed to enter said Consent Judgment forthwith.

3. The TD Bank Subpoena dated on or about December 31, 2105, and served upon TD Bank is QUASHED. TD Bank does not have to supply any of the requested documents.

BY THE COURT:

_____
Mitchell S. Goldberg, U.S.D.J.