# EXHIBIT "A"

## Exhibit A

Percentage Interests

| Name | Initial Capital Contribution | Percentage Interest |
|---|---|---|
| GENERAL PARTNER: | | |
| GBForefront General, LLC | $ 1.00 | 1.0% |
| LIMITED PARTNER: | | |
| WFP2, LP | $ 99.00 | 99.0% |
| | $ 100.00 | 100% |

PL0003067