UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GBFOREFRONT, L.P. | : |
|     Plaintiff and Counterclaim Defendant, | : CIVIL ACTION |
| v. | : NO. 2:11-cv-07732-MSG |
| FOREFRONT MANAGEMENT GROUP, LLC | : |
|     Defendant and Counterclaim Plaintiff | : |
| and, | : |
| FOREFRONT CAPITAL MANAGEMENT, LLC, FOREFRONT CAPITAL MARKETS, LLC and FOREFRONT ADVISOR, LLC | : |
|     Additional Defendants, | : |

### CERTIFICATE OF SERVICE

The under hereby certifies that on the date shown below, he caused to be served a true and correct copy of the forgoing Plaintiff's Memorandum of Law in Opposition to Defendants' Cross-Motion to Vacate Judgment via U.S. first class mail, and/or email, upon the following:

Gary M. Fellner, Esquire
Porzio, Bromberg & Newman, P.C.
156 West 56th Street, Suite 803
New York, NY 10019
gmfellner@pbnlaw.com

Sean L. Corgan, Esquire
Ricci Tyrrell Johnson & Grey
1515 Market Street, Suite 700
Philadelphia, PA 19102
scorgan@rtjglaw.com

LIGHTMAN & MANOCHI
BY: /s/ Gary P. Lightman
GARY P. LIGHTMAN, ESQUIRE
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
Telephone: 215-545-3000; Telecopy: 3001
garylightman@lightmanlaw.com

Dated: February 5, 2016

Attorneys for plaintiff GBForefront, L.P.