IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GBFOREFRONT, L.P.** : | **CIVIL ACTION** |
| Plaintiff, : | |
| : | |
| v. : | No. 11-7732 |
| : | |
| **FOREFRONT MANAGEMENT GROUP, LLC,**: | |
| et al. : | |
| Defendants. : | |
| : | |

# ORDER

**AND NOW,** this 14th day of March, 2016, upon consideration of "Motion to Enter Consent Judgment against Defendant Forefront Capital Markets, LLC" (Doc. No. 169), "Plaintiff's Motion to Quash Subpoena Addressed to TD Bank and for Protective Order" (Doc. No. 173), the responses and replies thereto, it is hereby **ORDERED** that:

1. A hearing is **SCHEDULED** for 10:00 a.m. on Wednesday, April 20, 2016 regarding Plaintiff's "Motion to Enter Consent Judgment against Defendant Forefront Capital Markets, LLC" and Defendant's cross-motion to vacate the amended judgment contained in their response in opposition to Plaintiff's motion. In particular, the parties should be prepared to develop whatever record they deem necessary on the issue of subject matter jurisdiction.

2. Plaintiff's "Motion to Quash" is held under advisement. Following the hearing, the Court will consider Plaintiff's "Motion to Quash" and determine whether the information Defendants seek is relevant to the issues and necessary to resolve the aforementioned motions.

By the Court:

/s/ Mitchell S. Goldberg

_____

Mitchell S. Goldberg, J.