## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Defendants' Post Hearing Brief in Opposition to Plaintiff's Motion Seeking Entry of Consent Judgment and in Further Support of Defendants' Cross Motion to Vacate the Judgments and to Dismiss the Action for Lack of Subject Matter Jurisdiction, Declaration of Counsel, and Exhibits A, were electronically filed and served on this 14th day of July, 2016 and mailed by first class mail to the following counsel of record:

> Gary P. Lightman, Esquire
> Lightman & Manochi
> 1520 Locust Street
> 12th Floor
> Philadelphia, PA 19102
> *Counsel for Plaintiff,*
> *GBFOREFRONT, L.P.*

> **RICCI TYRRELL JOHNSON & GREY**
>
> By: /s/ *Sean L. Corgan*
> Francis J. Grey, Jr., Esquire (ID No. 56145)
> Sean L. Corgan, Esquire (ID No. 306947)
> 1515 Market Street, Suite 700
> Philadelphia, PA 19102
> (215) 320-3260

DATE: July 14, 2016