IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GBFOREFRONT, L.P. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 11-7732 |
| | : | |
| FOREFRONT MANAGEMENT GROUP, LLC, et al. | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 21st day of September, 2016, upon consideration of "Plaintiff's Motion to Enter Consent Judgment Against Defendant Forefront Capital Markets, LLC" (Doc. No. 169), "Defendants' Response in Opposition to Plaintiff's Motion to Enter Consent Judgment" (Doc. No. 176), "Plaintiff's Memorandum of Law in Opposition to Defendants' Cross-Motion to Vacate Judgments, and in Further Support of Plaintiff's Motions" (Doc. No. 178), "Defendants' Reply Brief in Further Support of its Cross-Motion to Vacate the Judgment and Amended Judgment and Dismiss the Action for Lack of Subject Matter Jurisdiction" (Doc. No. 181), "Plaintiff's Post-Hearing Brief in Further Support of Plaintiff's Motion for Entry of Consent Judgment, and in Further Opposition to Defendants' Cross-Motion to Vacate the Judgments" (Doc. No. 191), "Defendants' Post Hearing Brief in Opposition to Plaintiff's Motion Seeking Entry of Consent Judgment and in Further Support of Defendants' Cross Motion to Vacate the Judgments and to Dismiss the Action for Lack of Subject Matter Jurisdiction" (Doc. No. 193), and following a hearing, it is hereby **ORDERED** that:

    1. "Plaintiff's Motion to Enter Consent Judgment Against Defendant Forefront

Capital Markets, LLC" (Doc. No. 169) is **DENIED**;

2. Defendants' Cross Motion to Vacate the Judgment and Amended Judgment (Doc. No. 176) is **GRANTED;**

3. The Judgment entered on April 28, 2015 and the Amended Judgment entered on May 27, 2015 are hereby **VACATED**;

4. This above captioned action is hereby **DISMISSED** for lack of subject matter jurisdiction.

                                                **BY THE COURT:**

                                                **/s/ Mitchell S. Goldberg**
                                                **Mitchell S. Goldberg, J.**